E-FILED
Thursday, 29 September, 2016 05:03:07 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT
KANKAKEE COUNTY

| | |
|---|---|
| DEBORAH A. DIXON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16 L 49 |
| JOHNNY L. CURTIS and WHITAKER GROUP II, LLC, a foreign corporation, | ) **Please Serve:** Whitaker Group II, LLC |
| Defendants. | ) c/o Registered Agent, Mike Whitaker  603 Kit Cowan Road  Somerset, Kentucky 42501 |

### SECOND ALIAS SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court Kankakee County Courthouse building, 450 East Court Street, Kankakee, Illinois, within 30 days after service of this summons, not counting the date of service. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS, 9.16, 2016.

_Sandra M. Ciaru_ (signature)
(Clerk of the Circuit Court)

By: _____
(Deputy Clerk)

BURNES & LIBMAN
Attorney for Plaintiff
Two North LaSalle, Suite 600
Chicago, Illinois 60602
(312) 726-6500

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT
KANKAKEE COUNTY

| | |
|---|---|
| DEBORAH A. DIXON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16L49 |
| JOHNNY L. CURTIS and WHITAKER GROUP II, LLC, a foreign corporation, | ) ) ) ) |
| Defendants. | ) |

Init Case Mgmt Conf
OCT 30 2016
9:00 AM IN ROOM 204

FILED
MAY 20 2016

## COMPLAINT AT LAW

NOW COMES the Plaintiff, DEBORAH A. DIXON, by and through her attorneys, BURNES & LIBMAN, and in complaining of the Defendants, JOHNNY L. CURTIS and WHITAKER GROUP II, LLC, a foreign corporation, alleges and states as follows:

1. That on or about December 3, 2014, Plaintiff DEBORAH A. DIXON was operating a motor vehicle which was traveling eastbound on Illinois Route 17 at or near C.R. 8500E and in the process of making a left hand turn onto C.R. 8500E, said streets being public highways located in the Township of Ganeer, County of Kankakee and State of Illinois.

2. That on or about December 3, 2014, Defendant WHITAKER GROUP II, LLC, owned and maintained a certain motor vehicle which was then and there in possession and control of its agent, servant, and/or employee, Defendant JOHNNY L. CURTIS, who was operating said vehicle individually and as agent, servant and/or employee of Defendant WHITAKER GROUP II, LLC, and traveling in an eastbound direction on Illinois Route 17 at or near C.R. 8500E, said streets being public highways located in the Township of Ganeer, County of Kankakee and State of Illinois.

3. That on said date and at said location, Defendants JOHNNY L. CURTIS and

Page:3 of 5 - Date:8/31/2016 Time:11:44:48 AM CST - CSID:12 -Transmission Time:106 Seconds

12                                                                                                  11:42:19 a.m.    08-31-2016                    3/5

WHITAKER GROUP II, LLC, owed the Plaintiff the duty to maintain and/or operate said vehicle with ordinary and reasonable care so as not to injure Plaintiff DEBORAH A. DIXON.

4. That on said date and at said location, Defendants JOHNNY L. CURTIS and WHITAKER GROUP II, LLC, breached said duty by committing one or more of the following negligent acts and/or omissions:

a. Drove said vehicle at a speed which was greater than reasonable and proper, in violation of 625 ILCS 5/11-601;

b. Drove said vehicle without brakes adequate to control its movement, and to stop and hold it, in violation of 625 ILCS 5/12-301;

c. Failed to sound the horn on said vehicle so as to give warning of its approach, in violation of 625 ILCS 5/12-601;

d. Failed to see and observe Plaintiff's vehicle and the vehicle behind Plaintiff's vehicle when it could and should have been seen and observed;

e. Failed to decrease the speed of said vehicle so as to avoid colliding with Plaintiff's vehicle and the vehicle behind Plaintiff's vehicle;

f. Failed to stop said vehicle in time to avoid said collision, although Defendant saw, or should have seen, that it was impending and had ample time and opportunity to avoid it;

g. Failed to maintain a proper lookout for other vehicles upon the roadway;

h. Followed too closely;

i. Operated said vehicle in the oncoming lane of traffic; and,

j. Otherwise negligently operated a motor vehicle.

5. That on December 3, 2014, a collision occurred between the vehicle owned and

maintained by Defendant WHITAKER GROUP II, LLC, and operated by its agent, servant and/or employee, Defendant JOHNNY L. CURTIS, and the Plaintiff DEBORAH A. DIXON.

6. That as a direct and proximate result of one or more of the aforesaid acts of negligence or omissions on the part of Defendants JOHNNY L. CURTIS and WHITAKER GROUP II, LLC, the Plaintiff sustained severe and permanent disabling injuries and suffered acute and prolonged physical and mental pain and anguish by reason of which Plaintiff has expended large sums of money for medical care and attention to her injuries and will in the future incur such further obligations. Further, Plaintiff has been unable to attend to her normal affairs and duties and has lost thereby great gains and profits which she would have otherwise made and/or acquired.

WHEREFORE, Plaintiff DEBORAH A. DIXON prays for judgment against Defendants JOHNNY L. CURTIS and WHITAKER GROUP II, LLC, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00), together with her costs in bringing this action.

By: _____
BURNES & LIBMAN

Stephen M. Libman (#6193536)
Scott Norris (#6190977)
BURNES & LIBMAN
2 N. LaSalle Street, Suite 600
Chicago, Illinois 60602
(312) 726-6500

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT
KANKAKEE COUNTY

| | |
|---|---|
| DEBORAH A. DIXON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. |
| JOHNNY L. CURTIS and WHITAKER GROUP II, LLC, a foreign corporation, | ) ) ) |
| Defendants. | ) |

### AFFIDAVIT OF DAMAGES SOUGHT

Pursuant to Illinois Supreme Court Rule 222(b), the undersigned attorney for the Plaintiff states that the total of money damages sought per Plaintiff in this civil action does exceed FIFTY THOUSAND DOLLARS ($50,000.00).

_____
Attorney for Plaintiff

Stephen M. Libman (#6193536)
Scott Norris (#6190977)
BURNES & LIBMAN
2 N. LaSalle Street, Suite 600
Chicago, Illinois 60602
(312) 726-6500

- 4 -